## SUMMONS IN A CIVIL ACTION

**United States District Court
for the District of Colorado**

Civil Action Number:  '11-CV-00191-MSK-MJW

Michelle Biglen

PLAINTIFF(S),

v.

NCO Financial Systems, Inc.

DEFENDANT(S).

**SUMMONS**

To the above named Defendant(s): NCO Financial Systems, Inc. c/o The Corporation Company, 1675 Broadway Ste 1200, Denver, CO 80202

You are hereby summoned and required to serve upon

plaintiff's attorney, whose address is:

Craig Ehrlich
Weisberg & Meyers LLC
5025 N. Central Ave., #602
Phoenix AZ 85012

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 21 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

_____
Deputy Clerk
(Seal of the Court)

Date: 1-25-11

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 11-CV-00191-MSK-MJW



FRS2011001075

Plaintiff:
**Michelle Biglen**

vs.

Defendants:
**NCO Financial Systems, Inc.**

For:
Phoenix
Weisberg & Meyers, LLC
5025 N Central Ave, #602
Phoenix, AZ  85022

Received by Pronto Process to be served on **Nco Financial Systems, Inc. R.A.: The Corporation Company, 1675 Broadway, Ste #1200, Denver, CO 80202**.

I, Danny Ruiz, being duly sworn, depose and say that on the **18th day of February, 2011** at **1:18 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons; Complaint** with the date and hour of service endorsed thereon by me, to: **Emily Barnhard** as **Registered Agent** at the address of: **1675 Broadway, Ste #1200, Denver, CO 80202** on behalf of **Nco Financial Systems, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.



Subscribed and sworn to before me on the 21st day of February, 2011 by the affiant who is personally known to me.

_____
Notary public

_____
Danny Ruiz

Pronto Process
106 E. 6th Street
Suite 800
Austin, TX 78701
(512) 472-8777
Our Job Serial Number: FRS-2011001075
Ref: 285