**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00191-MSK-MJW

MICHELLE BIGLEN,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS INC.,

    Defendant.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

**LOUIS LEONARD GALVIS** of the law firm **SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**, hereby enters his appearance as counsel on behalf of Defendants **NCO FINANCIAL SYSTEMS, INC.**

Dated: March 10, 2011.          Respectfully submitted,

                                          s/ Louis Leonard Galvis
                                          Louis Leonard Galvis
                                          Sessions, Fishman Nathan, & Israel, LLC
                                          645 Stonington Lane
                                          Fort Collins, CO  80525
                                          Telephone:  (970) 223-4420
                                          Facsimile:  (970) 223-4490
                                          E-mail:  lgalvis@sessions-law.biz

                                          *Attorneys for Defendant*
                                          *NCO Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 10, 2011 I electronically filed a true and exact copy of the above and foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

CEhrlich@AttorneysForConsumers.com

lgalvis@sessions-law.biz

                                                 s/ Louis Leonard Galvis
                                                 Louis Leonard Galvis
                                                 E-mail: lgalvis@sessions-law.biz