## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00191-MSK-MJW

MICHELLE BIGLEN,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS INC.,

    Defendant.

_____

### NOTICE OF ENTRY OF APPEARANCE
_____

    **DAVID ISRAEL** of the law firm **SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**, hereby enters his appearance as counsel on behalf of Defendants **NCO FINANCIAL SYSTEMS, INC.**

Dated: March 10, 2011.　　　　　　　　　Respectfully submitted,

                                                     s/ David Israel_____
                                                   David Israel (LA Bar No. 7174)
                                                 Sessions, Fishman, Nathan & Israel, LLC
                                                 Lakeway Two, Suite 200
                                                 3850 N. Causeway Blvd.
                                                 Metairie, LA  70002-7227
                                                 Telephone:  (504) 828-3700
                                                 Facsimile:  (504) 828-3737
                                                 E-mail:  disrael@sessions-law.biz

                                                 *Attorneys for Defendant*
                                                 *NCO Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 10, 2011 I electronically filed a true and exact copy of the above and foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

CEhrlich@AttorneysForConsumers.com

lgalvis@sessions-law.biz

disrael@sessions-law.biz

                                                                s/ David Israel____
                                                                David Israel
                                                                E-mail:  disrael@sessions-law.biz