IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00191-MSK-MJW

MICHELLE BIGLEN,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS INC.,

    Defendant.

_____

ANSWER TO COMPLAINT
AND AFFIRMATIVE DEFENSES
_____

    Defendant NCO Financial Systems, Inc. ("NCO") submits this, its Answer and Affirmative Defenses, in response to the Plaintiff's Complaint and states as follows:

## NATURE OF ACTION

1.    In response to the allegations in ¶ 1 of the Complaint, NCO admits that Plaintiff purports to seek redress for alleged violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, et seq. (FDCPA"), but denies violating the FDCPA and denies any liability or wrongdoing under the law.

## JURISDICTION AND VENUE

2.    NCO admits the allegations in ¶ 2 of the Complaint for jurisdiction purposes only.

3.    NCO admits the allegations in ¶ 3 of the Complaint for venue purposes only.

## PARTIES

4. NCO denies the allegations in ¶ 4 of the Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

5. NCO denies the allegations in ¶ 5 of the Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

6. In response to the allegations in ¶ 6 of the Complaint, NCO admits that it engages in the business of debt collection and that its principal business is debt-collection-related services. Except as specifically admitted, NCO denies the allegations in ¶ 6.

7. In response to the allegations in ¶ 7 of the Complaint, NCO admits that when it acts as a debt collector as defined by 15 U.S.C. § 1692a(6), its conduct may be governed by the applicable provisions of that statute. Except as specifically admitted, NCO denies the allegations in ¶ 7.

## FACTUAL ALLEGATIONS

8. NCO denies the allegations in ¶ 8 of the Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

9. NCO denies the allegations in ¶ 9 of the Complaint for lack of knowledge or information sufficient to justify a belief as to the truth thereof.

10. NCO admits the allegations in ¶ 10 of the Complaint.

11. NCO denies the allegations in ¶ 11 of the Complaint.

12. NCO denies the allegations in ¶ 12 of the Complaint.

13. NCO denies the allegations in ¶ 13 of the Complaint.

14. NCO denies the allegations in ¶ 14 of the Complaint.

15. NCO denies the allegations in ¶ 15 of the Complaint.

16. NCO denies the allegations in ¶ 16 of the Complaint.

17. NCO denies the allegations in ¶ 17 of the Complaint.

18. NCO denies the allegations in ¶ 18 of the Complaint.

19. NCO denies the allegations in ¶ 19 of the Complaint.

20. NCO denies the allegations in ¶ 20 of the Complaint.

## COUNT I

21. In response to the allegations in ¶ 21 of the Complaint, NCO incorporates the foregoing responses by reference thereto.

22. NCO denies the allegations in ¶ 22 of the Complaint.

## AFFIRMATIVE DEFENSES

1. One or more of the Counts contained in the Complaint fail to state a claim upon which relief may be granted.

2. Pursuant to 15 U.S.C. § 1692k(c), to the extent that any violation is established, any such violation was not intentional and resulted from a bona fide error, notwithstanding NCO's maintenance of procedures reasonably adapted to avoid any such error.

WHEREFORE, NCO requests that this action be dismissed and that NCO be awarded costs and attorneys fees and any other appropriate relief.

Dated: March 10, 2011.                s/ Louis Leonard Galvis
                                      Louis Leonard Galvis (CO Bar No. 32885)
                                      Sessions, Fishman, Nathan & Israel, LLC
                                      645 Stonington Lane
                                      Fort Collins, CO  80525
                                      Telephone:  (970) 223-4420
                                      Facsimile:  (970) 223-4490
                                      E-mail:  lgalvis@sessions-law.biz

                                      David Israel (LA Bar No. 7174)
                                      Sessions, Fishman, Nathan & Israel, LLC
                                      Lakeway Two, Suite 200
                                      3850 N. Causeway Blvd.
                                      Metairie, LA  70002-7227
                                      Telephone:  (504) 828-3700
                                      Facsimile:  (504) 828-3737
                                      E-mail:  disrael@sessions-law.biz

                                      *Attorneys for Defendant,*
                                      *NCO Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 10, 2011 I electronically filed a true and exact copy of the above and foregoing ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

CEhrlich@AttorneysForConsumers.com

lgalvis@sessions-law.biz

disrael@sessions-law.biz

                                      s/ Louis Leonard Galvis
                                      Louis Leonard Galvis
                                      E-mail:  lgalvis@sessions-law.biz