**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00191-MSK-MJW

MICHELLE BIGLEN,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS INC.,

    Defendant.

_____

**DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE COURT:

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant NCO Financial Systems, Inc. hereby discloses as follows:

    NCO Financial Systems, Inc. is a Pennsylvania corporation, with its principal place of business in Pennsylvania. NCO Financial Systems, Inc. and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc. NCO Group, Inc. is a privately held corporation incorporated in Delaware. Various corporate affiliates of Citigroup Inc. own approximately 7% of NCO Group, Inc. stock. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

Dated: March 10, 2011.                s/ Louis Leonard Galvis
                                      Louis Leonard Galvis (CO Bar No. 32885)
                                      Sessions, Fishman, Nathan & Israel, LLC
                                      645 Stonington Lane
                                      Fort Collins, CO  80525
                                      Telephone:  (970) 223-4420
                                      Facsimile:  (970) 223-4490
                                      E-mail:  lgalvis@sessions-law.biz

                                      David Israel (LA Bar No. 7174)
                                      Sessions, Fishman, Nathan & Israel, LLC
                                      Lakeway Two, Suite 200
                                      3850 N. Causeway Blvd.
                                      Metairie, LA  70002-7227
                                      Telephone:  (504) 828-3700
                                      Facsimile:  (504) 828-3737
                                      E-mail:  disrael@sessions-law.biz

                                      Attorneys for Defendant,
                                      NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 10, 2011 I electronically filed a true and exact copy of the above and foregoing Rule 7.1 corporate disclosure with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

CEhrlich@AttorneysForConsumers.com

lgalvis@sessions-law.biz

disrael@sessions-law.biz

                                      s/ Louis Leonard Galvis
                                      Louis Leonard Galvis
                                      E-mail:  lgalvis@sessions-law.biz

2