IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00191-MSK-MJW

MICHELLE BIGLEN,

Plaintiff(s),

v.

NCO FINANCIAL SYSTEMS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

Based upon the Notice of Settlement, it is hereby ORDERED that the Rule 16 Scheduling Conference set on May 3, 2011, at 9:30 a.m. is VACATED. The parties shall file their settlement documents with the court on or before June 7, 2011, or show cause why this case should not be dismissed.

Date:  April 7, 2011