**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.: 11-cv-00191-MSK-MJW**

Michelle Biglen,
     Plaintiff

v.

NCO Financial Systems, Inc.,
     Defendant
_____

**STIPULATION TO DISMISS PURSUANT TO SETTLEMENT**
_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

parties to the above captioned action, through their respective attorneys, hereby stipulate

and agree that the aforesaid action be dismissed without fees or costs to either party, all

fees and costs having been paid and all matters in controversy for which said action was

brought having been fully settled, compromised and adjourned.


For Plaintiff, Michelle Biglen         For Defendant, NCO Financial Systems, Inc.
  s/ Craig Ehrlich                    s/ Louis Leonard Galvis
Weisberg & Meyers, LLC            Sessions, Fishman, Nathan, Israel, LLC


Filed electronically on this 19th day of May, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 19th day of May, 2011 to:

Louis Leonard Galvis
Sessions, Fishman, Nathan, Israel, LLC
645 Stonington Lane
Fort Collins CO 80525


By: s/Tremain Davis
     Tremain Davis